UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BRENT KIME,

    Plaintiff,

v.                                                Case No. 4:06-cv-28
                                                HON. JANET T. NEFF

KURT JONES, et al.,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

Plaintiff Steven Brent Kime filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 against several employees of the Michigan Department of Corrections employed at the Carson City Correctional Facility. On May 31, 2007, defendants filed a Suggestion of Death Upon the Record, establishing that plaintiff died on May 3, 2007. No motion for substitution has been filed by any party within the time required by law. Accordingly, it is recommended that this case be dismissed, pursuant to Federal Rule of Civil Procedure 25(a)(1).

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within ten (10) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

                                                  /s/ Timothy P. Greeley
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2007