UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STEPHEN BRENT KIME,

        Plaintiff,

                                    Case No. 4:06-CV-28

v

                                    HON. JANET T. NEFF

KURT JONES, et al.,

        Defendants.

_____/

## ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the Opinion of the Court.

        THEREFORE, IT IS ORDERED that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 25(a)(1).

Date: September 20, 2007               /s/ Janet T. Neff_____
                                    JANET T. NEFF
                                    United States District Judge